970

*pro se.* *Frank S. Hogan* and *Whitman Knapp* for respondent.

No. 488, Misc. TABET ET AL. *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 539, Misc. WILSON *v.* HINMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 543, Misc. BARDELL *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 544, Misc. WRONA *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 548, Misc. FOREMAN *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 549, Misc. BONGIORNO *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 588, Misc. BECKMAN *v.* BARRETT, SUPERINTENDENT OF POLICE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* for petitioner.

*Rehearing Denied.*

Nos. 14 and 15. INTERNATIONAL UNION, U. A. W. A., A. F. OF L., LOCAL 232, ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL., 336 U. S. 245. Rehearing denied.

No. 557. LAGEMANN *v.* LAGEMANN, 336 U. S. 932. Rehearing denied.